IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DERRICK ADRIAN JOHNSON<br>(BOP Register No. 36454-177),<br><br>Petitioner,<br><br>V.<br><br>VOLUNTEERS OF AMERICA, ET AL.,<br><br>Respondents. | § § § § § § § § § § § | No. 3:16-cv-1379-B |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATED: JANUARY 24, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE